In re: Adam Lawrence applying for writ of habeas corpus.

Writ denied. The trial judge has reduced bail and relator's application is thus made moot.

232 So.2d 515

**STATE of Louisiana**

v.

**Francis Dale FITZSIMMONS.**

No. 50462.

March 24, 1970.

In re: Francis Dale Fitzsimmons applying for writs of prohibition and mandamus.

Writ Refused. The showing made does not warrant the exercise of our jurisdiction.

BARHAM, J., is of the opinion the writ should be granted. See dissent in denial of writs in State v. King and Williams, 255 La. 500, 231 So.2d 402.

232 So.2d 515

**JANES BROS., INC.**

v.

**Hughie PERRY, Sheriff and Tax Collector of Morehouse Parish.**

No. 50362.

Feb. 27, 1970.

In re: Hughie Perry, Sheriff and Tax Collector of Morehouse Parish applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Morehouse. 229 So.2d 147.

Writ refused. The judgment is correct.

FOURNET, C. J., and McCALEB, J., think a writ should be granted.

SANDERS, J., is of the opinion that a writ should be granted.